UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| CATHERINE KWON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANC OF AMERICA FUNDING AS TRUSTEE OF MORTGAGE LOAN TRUST 2005-F MORTGAGE PASS-THROUGH CERTIFICATES, 2005-F; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; COUNTRYWIDE BANK; BANK OF AMERICA CORPORATION; NATIONSTAR MORTGAGE; RECONTRUST COMPANY, N.A.; All persons unknown, claiming any legal or equitable right, title, estate lien, or interest in the Property described in this complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 3:14-cv-03602-PJH<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Action Filed:　August 8, 2014 |

　　On December 17, 2014, the Court entered an Order Granting Nationstar Mortgage LLC's Motion to Dismiss the Complaint with Prejudice.  The Court finds there is no reason for delay in entering judgment as to the claims alleged against Nationstar Mortgage LLC.  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Nationstar Mortgage LLC and against Plaintiff Catherine Kwon.  Plaintiff Catherine Kwon is to recover nothing from Defendant Nationstar Mortgage LLC.

DATED:  December 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　Judge of the District Court