UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE KWON,

    Plaintiff,

    v.

BANC OF AMERICA FUNDING 2005F TRUST, et al.,

    Defendants.
_____/

No. C 14-3602 PJH

**JUDGMENT**

The court having granted the motion of defendants Banc of America Funding (as trustee of Mortgage Loan Trust 2005-F Mortgage Pass-Through Certificates, 2005-F), Countrywide Financial Corporation, Countrywide Home Loans, Countrywide Bank, Bank of America Corporation, and Recontrust Company, N.A. to dismiss the complaint with prejudice,

It is Ordered and Adjudged

that plaintiff Catherine Kwon take nothing, and that the action be dismissed.

Dated: January 29, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge